UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

JESSICA STATILE,

                Plaintiff,

                                                    Civil Action
      -against-                                CV-19-4589

COMMISSIONER OF SOCIAL SECURITY,      (DeArcy Hall, J.)

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Plaintiff, JESSICA STATILE, and counsel for the Defendant, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION ("Commissioner"), that the Commissioner pay to the Plaintiff, attorney fees in the amount of $7,049.38 (Seven Thousand Forty-Nine Dollars and Thirty-Eight Cents) pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA.  The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated: New York, New York
          January 29, 2021

                                              MANHATTAN LEGAL SERVICES
                                              *Attorneys for Plaintiff*
                                              40 Worth Street, Suite 606   New York, New York 10013

                                 By:    */s/ William Kaplan*
                                              WILLIAM KAPLAN, ESQ.
                                              (646) 442-3325
                                              wkaplan@lsnyc.org

Case 1:19-cv-04589-LDH-CLP   Document 22   Filed 02/17/21   Page 2 of 2 PageID #: 516

Dated: Brooklyn, New York
      January 29, 2021

                        SETH D. DuCHARME
                        Acting United States Attorney
                        Eastern District of New York
                        *Attorney for Defendant*
                        271 Cadman Plaza East, 7th Floor
                        Brooklyn, New York 11201

             By:    */s/ Matthew J. Modafferi*
                     MATTHEW J. MODAFFERI
                     Assistant U.S. Attorney
                     (718) 254-6229
                     matthew.modafferi@usdoj.gov

SO ORDERED:

  s/ LDH       February 17, 2021
HONORABLE LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE

*Statile v. Commissioner of Social Security,* 19-CV-4589 (LDH) - Stipulation and Order Regarding Attorney's Fees And Costs